UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
~RECEIVED~

IN RE: MICHELLE LYNN HYATT

2010 MAY -4 AM 9: 30

U.S. BANKRUPTCY
DULUTH COURT

Case No. _10-50532-GFK_

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[X] **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.
*See attached explanation.*

[ ] **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    [ ] Debtor was not employed during the 60 days preceding the filing of the petition;

    [X] Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

    [ ] Debtor was self-employed during the 60 days preceding the filing of the petition;

    [ ] Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _Michelle Hyatt_ Date: _4-29-10_

*************************************************************

[ ] **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    [ ] Joint Debtor was not employed during the 60 days preceding the filing of the petition;

    [ ] Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed:

    [ ] Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

    [ ] Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _____ Date: _____

To whom it may concern,
I have enclosed all work payment
statements that I have for Census Bureau
that I was employed by from Feb 24, 2010 –
March 10, 2010. I also received some unemploy-
ment benefits and have enclosed all statements
that I have at this time. I will receive
a statement for April 2010 payment benefit in
May 2010. My benefit amount was $79⁰⁰.


Michelle Wyatt



**us bank.**

P.O. BOX 7235
SIOUX FALLS , SD 57117-7235

U21

*Unemployment.*



For questions about this statement,
please call 866-276-5114.

000408870 1 AV 0.335 106481547507602 P
MICHELLE L HYATT
21033 MILL RD
EMILY MN 56447-3090

## CARD SUMMARY

| | | |
|---|---|---|
| **Beginning Balance on 03/01/2010** | $ | 60.79 |
| **Ending Balance on 03/31/2010** | $ | 62.18 |

## FUNDING TRANSACTIONS

| Date | Description | | Amount |
|---|---|---|---|
| 03/03/10 | ADD FUNDS MN DEPT OF DEED - UI BENEFIT | $ | 54.00 |
| 03/04/10 | ADD FUNDS MN DEPT OF DEED - UI BENEFIT | | 25.00 |
| 03/10/10 | ADD FUNDS MN DEPT OF DEED - UI BENEFIT | | 54.00 |
| 03/10/10 | ADD FUNDS MN DEPT OF DEED - UI BENEFIT | | 25.00 |
| 03/24/10 | ADD FUNDS MN DEPT OF DEED - UI BENEFIT | | 25.00 |
| 03/31/10 | ADD FUNDS MN DEPT OF DEED - UI BENEFIT | | 25.00 |

## CARD TRANSACTIONS

| Date | Description | | Amount |
|---|---|---|---|
| 03/04/10 | PURCHASE TERMINAL #06590078 TARGET T0659 BRAINERD BAXTER MN USA | $ | 3.88 |
| 03/04/10 | PURCHASE TERMINAL #45478302 FAMILY DOLLAR 5792 BRAINERD MN USA56401 | | 7.52 |
| 03/05/10 | PURCHASE TERMINAL #001 DOLLAR TREE 00813 LITTLE FALLS MN USA56345 | | 7.34 |
| 03/05/10 | PURCHASE TERMINAL #24163401 WAL MART 1634 LITTLE FALLS MN USA56345 | | 24.75 |
| 03/06/10 | VISA PURCHASE TERMINAL #471705 HOLIDAY STNSTORE 3572 EMILY MN | | 25.90 |
| 03/07/10 | VISA PURCHASE TERMINAL #471705 HOLIDAY STNSTORE 3572 EMILY MN | | 21.00 |
| 03/09/10 | WITHDRAWAL TERMINAL #LK431774 HWY 6 & CO. RD. 1 EMILY MN USA | | 22.00 |
| 03/10/10 | VISA PURCHASE TERMINAL #442733 REED'S MARKET CROSS LAKE MN | | 1.56 |
| 03/10/10 | VISA PURCHASE TERMINAL #442733 REED'S MARKET CROSS LAKE MN | | 4.65 |
| 03/11/10 | VISA PURCHASE TERMINAL #471705 HOLIDAY STNSTORE 3572 EMILY MN | | 11.15 |
| 03/11/10 | VISA PURCHASE TERMINAL #443565 AAA CLUB/INSUR 0490220E 320-251-6200 MN | | 67.84 |
| 03/12/10 | VISA PURCHASE TERMINAL #469216 REDBOX*DVD RENTAL OAKBRKTERRACE IL | | 2.15 |

Kansas City Regional Census Center
2001 NE 46th Street Ste LL100
Kansas City, MO 64116-2051

**MICHELLE HYATT**
21033 MILL RD
EMILY, MN 56447

SSN:

SEQ-04720

MICHELLE HYATT
21033 MILL RD
EMILY, MN 56447

| | |
|---|---|
| Employee ID: | 2013365 |
| Department: | 2625-Duluth |
| Location: | Minnesota - Emily |
| Job Title: | Enumerator |
| Pay Rate: | $11.50 Hourly |

| | | | |
|---|---|---|---|
| Pay Group: | CB1-Census Temporary Weekly | Ref. #: | **1885747** |
| Pay Begin Date: | 02/28/10 | Process On-Cycle | |
| Pay End Date: | 03/06/10 | Check Date: | 03/17/10 |

| TAX DATA: | Federal | MN State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl Pct.: | | |
| Addl Amt.: | | |



| | | | | | | Current | YTD |
|---|---|---|---|---|---|---|---|
| Training | | | 10.25 | 176.81 | Fed Medicare | 14.57 | 74.63 |
| Mileage @0.500 per mile | | | 29.00 | 333.50 | Fed FICA | 3.50 | 11.40 |
| | 343.00 | 171.50 | 751.00 | 375.50 | MN Withholding | 14.97 | 48.75 |
| | | | | | | 10.81 | 39.00 |

| Total: | | 364.00 | 413.00 | 814.25 | 1,161.81 | Total: | 43.85 | 173.78 |

**BEFORE TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

**AFTER TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

| | TOTAL HOURS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 413.00 | 241.50 | 43.85 | 0.00 | 369.15 |
| YTD: | 1,161.81 | 786.31 | 173.78 | 0.00 | 988.03 |

**MESSAGE**

**Form D-444, Earning Statement**

**United States 2010 Census**

```
▓▓▓▓▓ ░░ Regional Census Center
▓▓▓▓ ░░░░ Street Ste LL100
▓▓▓▓ City, ▓▓ 64116-2051
```

SEQ-04214

MICHELLE HYATT
21033 MILL RD
EMILY, MN  56447

| MICHELLE HYATT |
| --- |
| 21033 MILL RD |
| EMILY, MN  56447 |
| SSN: |

| Employee ID: | 2013365 |
| --- | --- |
| Department: | 2625-Duluth |
| Location: | Minnesota - Emily |
| Job Title: | Enumerator |
| Pay Rate: | $11.50 Hourly |

| Pay Group: | CB1-Census Temporary Weekly | Ref. #: | 2003906 |
| --- | --- | --- | --- |
| Pay Begin Date: | 03/07/10 | Process On-Cycle | |
| Pay End Date: | 03/13/10 | Check Date: | 03/24/10 |

| TAX DATA: | Federal | MN State |
| --- | --- | --- |
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl Pct.: | | |
| Addl Amt.: | | |

Ref. No. 2003906

### HOURS AND EARNINGS

| Description | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|
| Regular | | | | |
| Overtime | 8.00 | 92.00 | 32.00 | 368.00 |
| Training | | | 10.25 | 176.81 |
| | | | 29.00 | 333.50 |
| Mileage @0.500 per mile | 22.00 | 11.00 | 773.00 | 386.50 |
| **Total:** | 30.00 | 103.00 | 844.25 | 1,264.81 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 74.63 |
| Fed Medicare | 1.34 | 12.74 |
| Fed FICA | 5.71 | 54.46 |
| MN Withholding | 2.81 | 41.81 |
| **Total:** | 9.86 | 183.64 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **Total:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **Total:** | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 103.00 | 92.00 | 9.86 | 0.00 | 93.14 |
| YTD: | 1,264.81 | 878.31 | 183.64 | 0.00 | 1,081.17 |

### MESSAGE

Form D-444, Earning Statement

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

United States 2010 Census

Kansas City Regional Census Center
2001 NE 46th Street Ste LL100
Kansas City, MO 64116-2051

**MICHELLE HYATT**
21033 MILL RD
EMILY, MN 56447

SSN:

| Employee ID: | 2013365 |
|---|---|
| Department: | 2625-Duluth |
| Location: | Minnesota - Emily |
| Job Title: | Enumerator |
| Pay Rate: | $11.50 Hourly |

| Pay Group: | CB1-Census Temporary Weekly | Ref. #: | **2073856** |
|---|---|---|---|
| Pay Begin Date: | 03/14/10 | Late Period End: | |
| Pay End Date: | 03/20/10 | Check Date: | 03/31/10 |

| TAX DATA: | Federal | MN State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl Pct.: | | |
| Addl Amt.: | | |

SEQ-03101

MICHELLE HYATT
21033 MILL RD
EMILY, MN  56447

**Ref. No.** 2073856

| Description | Current Hours/Units | Current Earnings | YTD as of 03/20/10 Hours/Units | YTD Earnings | | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular | 11.00 | 126.50 | 43.00 | 494.50 | | Fed Withholding | 1.02 | 75.65 |
| Overtime | | | 10.25 | 176.81 | | Fed Medicare | 1.83 | 14.57 |
| Training | | | 29.00 | 333.50 | | Fed FICA | 7.84 | 62.30 |
| Mileage @0.500 per mile | 12.00 | 6.00 | 785.00 | 392.50 | | MN Withholding | 4.66 | 46.47 |
| **Total:** | 23.00 | 132.50 | 867.25 | 1,397.31 | | **Total:** | 15.35 | 198.99 |

| Description | | Current | YTD | Description | | Current | YTD |
|---|---|---|---|---|---|---|---|
| **Total:** | | 0.00 | 0.00 | **Total:** | | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 132.50 | 126.50 | 15.35 | 0.00 | 117.15 |
| YTD: | 1,397.31 | 1,004.81 | 198.99 | 0.00 | 1,198.32 |

**Form D-444, Earning Statement**

**United States 2010 Census**